UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

RAFAEL LUIS DIAZ MEJIA,

                Defendant.

25 Mag. 1908

ORDER

DALE E. HO, United States District Judge:

    The Court is in receipt of the Defendant's email dated June 9, 2025, seeking review of Magistrate Judge Sarah Netburn's bail determination (the "Bail Appeal").

    It is hereby **ORDERED** that Defendant's brief in support of the Bail Appeal, if any, shall be filed by **5:00 pm on June 11, 2025**, and the Government's response, if any, shall be filed by **5:00 pm on June 12, 2025**.

    It is further **ORDERED** that the parties shall appear before the Honorable Dale E. Ho (Part I Judge) on **June 13, 2025, at 3:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

    SO ORDERED.

Dated: June 10, 2025
       New York, New York

                                                DALE E. HO
                                  UNITED STATES DISTRICT JUDGE
                                                PART I JUDGE